IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DESTINY CLARK,<br><br>       Plaintiff,<br><br>v.<br><br>NEWMAN UNIVERSITY and VICTOR TRILLI,<br><br>       Defendants. | Case No.: 6:19-cv-01033-JWB-GEB |

**AMENDED NOTICE TO TAKE VIDEO DEPOSITION VIA ZOOM**

To:    All Parties and/or Their Counsel of Record

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Plaintiff, Destiny Clark hereby gives notice that she will take the videotaped deposition of **Noreen Carrocci**, upon oral examination and upon cross-examination, for the purposes of discovery and any other purpose permissible by law. This deposition shall take place via Zoom on Friday, December 4, 2020, beginning at 9:00 a.m. and will continue until completed.

/s/ Jennifer M. Hill

Jennifer M. Hill, #21213
Corey M. Adams, #27253
*Attorneys for Plaintiff*
McDONALD TINKER PA
300 West Douglas Ave., Suite 500
Wichita, KS 67202
Phone:  (316) 263-5851
Email:   jhill@mcdonaldtinker.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of December, 2020, the above and foregoing Notice To Take Videotaped Deposition via Zoom was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alan L. Rupe
Nanette Turner Kalcik
Ellen C. Rudolph
Colby Millard Everett
LEWIS BRISBOIS BISGAARD &
 SMITH LLP
1605 North Waterfront Parkway, Suite 150
Wichita, Kansas 67206
alan.rupe@lewisbrisbois.com
Nanette.kalcik@lewisbrisbois.com
ellen.rudolph@lewisbrisbois.com
colby.everett@lewisbrisbois.com
*Attorney for Defendants*

And a true and correct copy mailed/e-mailed to:

Appino & Biggs
800 E. 1st Street, Ste. 305
Wichita, Kansas 67202
Scheduler1@appinobiggs.com

/s/ Jennifer M. Hill
Jennifer M. Hill